IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01263-REB-CBS

DORMAN PRODUCTS, INC.,

    Plaintiff,

v.

GATES CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 41(a)(1)(A)** [#6] filed June 17, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 41(a)(1)(A)** [#6] filed June 17, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 17, 2010, at Denver, Colorado.

                                                        **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge